United States District Court
Eastern District of Michigan

| | |
|---|---|
| TRENT GENDRON, #471387 | Case Number: 05-74787 |
| Petitioner, | District Judge Avern Cohn |
| v. | |
| BLAINE LAFLER, | |
| Respondent. / | |

**ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

**[X] GRANTED**.

**[ ] IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

**[ ] IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the Clerk's Office shall serve a copy of the complaint, summons and this order upon the defendant(s).

**[ ] DENIED**, for the following reasons:

_____

Plaintiff is directed to pay the filing fee by **[Insert Date Certain]**. Failure to pay the filing fee by this deadline may result in dismissal of the complaint.

| | |
|---|---|
| Date: July 25, 2007 | s/Avern Cohn |
| | UNITED STATES DISTRICT JUDGE |

**CERTIFICATION**

I hereby certify that this Order was served on plaintiff and/or counsel of record by U.S. mail or electronic means.

| | |
|---|---|
| Date: July 25, 2007 | Julie Owens |
| | Deputy Clerk |